LAW OFFICES OF
WALKUP, MELODIA, KELLY & SCHOENBERGER
A PROFESSIONAL CORPORATION

650 CALIFORNIA STREET, 26TH FLOOR
SAN FRANCISCO, CALIFORNIA 94108-2615
T: (415) 981-7210 · F: (415) 391-6965

KHALDOUN A. BAGHDADI (State Bar #190111)
kbaghdadi@walkuplawoffice.com
VALERIE N. ROSE (State Bar #272566)
vrose@walkuplawoffice.com
**ATTORNEYS FOR PLAINTIFFS**
**M.G., a minor, by and through her Guardian ad Litem, MICHELLE GRANT**

JASON A. WHEELER (Pro Hac Vice)
Thompson Coburn LLP
One US Bank Plaza
St. Louis MO 63101
Phone: (314) 552-6458
Fax: (314) 552-4000

D. DOUGLAS SHUREEN (State Bar #124613)
doug@shureenlaw.com
Law Office of D. Douglas Shureen
50 Santa Rosa Avenue, Suite 340
Santa Rosa, CA 95404
Phone: (707) 525-5421
Fax: (707) 576-7955
**ATTORNEYS FOR DEFENDANTS**
**BODUM USA, INC.**

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| M.G., a minor, by and through her Guardian ad Litem, MICHELLE GRANT,<br><br>　　　　　　　Plaintiff,<br><br>　v.<br><br>BODUM USA, INC. and DOES ONE through ONE HUNDRED,<br><br>　　　　　　　Defendants. | Case No. 3:19-cv-01069-JCS<br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

1  Pursuant to Fed.R.Civ.P. 41(a)(1)(A), the parties hereby stipulate to the
2 dismissal of the above-captioned action in its entirety and as to all claims asserted
3 against all parties. Said dismissal is *with prejudice*, each party to bear its own
4 costs.

5

6 Dated: June 16, 2021          WALKUP, MELODIA, KELLY & SCHOENBERGER

7

8
                               By:      /s/ Khaldoun A. Baghdadi
9                                    KHALDOUN A. BAGHDADI
                                     VALERIE N. ROSE
10                                   Attorneys for Plaintiffs
11                                   M.G., A MINOR, BY AND THROUGH HER
                                     GUARDIAN AD LITEM, MICHELLE
12                                   GRANT

13

14 Dated: June 16, 2021          LAW OFFICE OF D. DOUGLAS SHUREEN

15

16
                               By:      /s/ D. Douglas Shureen
17                                   D. DOUGLAS SHUREEN
                                     Attorneys for Defendant
18                                   BODUM USA, INC.

19

20
   Dated: June 16, 2021          THOMPSON COBURN LLP
21

22

23                             By:      /s/ Jason A. Wheeler
                                     JASON A. WHEELER
24                                   Attorneys for Defendant
                                     BODUM USA, INC.
25

26 / / /

27 / / /

28 / / /

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

**ATTORNEY ATTESTATION**

I, D. DOUGLAS SHUREEN, attest that concurrence in the filing of this document has been obtained from any signatures indicated by a "conformed" signature (/s/) within this e-filed document. I declare under penalty of perjury that the foregoing is true and correct.

DATED: June 16, 2021          LAW OFFICE OF D. DOUGLAS SHUREEN

/s/ D. Douglas Shureen
D. DOUGLAS SHUREEN

Dated: June 16, 2021

IT IS SO ORDERED
Judge Joseph C. Spero
UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF CALIFORNIA

LAW OFFICES OF
WALKUP, MELODIA, KELLY
& SCHOENBERGER
A PROFESSIONAL CORPORATION
650 CALIFORNIA STREET
26TH FLOOR
SAN FRANCISCO, CA 94108
(415) 981-7210

3
STIPULATION OF DISMISSAL WITH PREJUDICE -
CASE NO. 3:19-cv-01069-JCS